IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00508-AP

BARBARA A. ALTIS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| MICHAEL W. SECKAR<br>402 W. 12th<br>Pueblo, CO 81003<br>Telephone: (719) 543-8636<br>Facsimile: (719) 543-8403<br>seckarlaw@mindspring.com | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1225 17th Street, Suite 700<br>Denver, CO 80202<br>Telephone: (303) 454-0184<br>Facsimile: (303) 454-0400<br>Kevin.Traskos@usdoj.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** March 11, 2008
**B. Date Complaint Was Served on U.S. Attorney's Office:** April 1, 2008
**C. Date Answer and Administrative Record Were Filed:** June 2, 2008 (Answer) and June 3, 2008 (Administrative Record)

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7. OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiff's Opening Brief Due:** July 30, 2008
**B. Defendant's Response Brief Due:** August 29, 2008
**C. Plaintiffs Reply Brief (If Any) Due:** September 12, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. 　( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. 　(**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

　　　　DATED this 23rd day of June, 2008.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/John L. Kane*
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| *s/ Michael W. Seckar* | TROY A. EID |
| MICHAEL W. SECKAR | United States Attorney |
| 402 W. 12th | |
| Pueblo, CO 81003 | *s/ Kevin Traskos* |
| Telephone: (719) 543-8636 | KEVIN TRASKOS |
| Facsimile: (719) 543-8403 | Assistant U.S. Attorney |
| seckarlaw@mindspring.com | United States Attorney's Office |
| | 1225 17th Street, Suite 700 |
| Attorney for Plaintiff | Denver, CO 80202 |
| | Telephone: (303) 454-0184 |
| | Facsimile: (303) 454-0400 |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Attorney for Defendant |